AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
December 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
DEPUTY

| | |
|---|---|
| United States of America )<br>v. )<br>Cesar Jovany HERNANDEZ-Estrada )<br>*Defendant(s)* | Case No. **EP-25-MJ-6798-ATB** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 9, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | When applying for admission to the United States, did knowingly personate another or attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Erika K. Robles
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: December 11, 2025

City and state: El Paso, Texas

_____
*Judge's signature*
Anne T. Berton
UNITED STATES MAGISTRATE JUDGE

Complaint sworn to telephonically on __December 11, 2025__ at __01:03 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## FACTS

On or about December 9, 2025, the DEFENDANT, Cesar Jovany HERNANDEZ-Estrada, a native and citizen of Mexico, applied for admission into the United States from Mexico via primary pedestrian lanes at the Paso del Norte Port of Entry (POE) in El Paso, Texas located in the Western District of Texas.

Customs and Border Protection Officer (CBPO) was assigned to primary pedestrian lane at the Paso del Norte POE, when the DEFENDANT applied for admission. The DEFENDANT presented a color copy of a State of Texas Birth Certificate bearing the name and date of birth of another whose initials are J.M. and a copy of a Texas Identification card bearing the same name and date of birth as the Texas Birth Certificate and bearing the DEFENDANTS photograph and represented himself to be that person. CBPO asked the DEFENDANT what his name and date of birth was, and the DEFENDANT provided the name and date of birth that were depicted on the documents that he presented to apply for admission. CBPO asked the DEFENDANT where he was born and what his citizenship was and the DEFENDANT stated he was born in El Paso, Texas and was a citizen of the United States. CBPO asked the DEFENDANT where he was heading to which the DEFENDANT stated that he was heading home in El Paso, Texas. CBPO asked the DEFENDANT if the documents that he presented belonged to him and the DEFENDANT stated "yes". CBPO noticed that the DEFENDANT appeared to be nervous and was avoiding eye contact. CBPO also noticed the color copy of the Texas Birth Certificate appeared to be counterfeited and escorted the DEFENDANT to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT admitted to CBPO that he was from Mexico and provided his true name and date of birth and stated that he paid $2000 dollars for the documents that he presented for admission into the United States.

The DEFENDANT was served with Form I-214 (Spanish version), Warning of Rights, which he read, stated he understood, signed and requested legal representation.

Record checks indicated the DEFENDANT is not in possession of any document with which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

**Criminal:**
None can be established at this time.

**Immigration:**
None can be established at this time.